BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8408
    Facsimile: (213) 894-0141
    Email:   Kellye.Ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LERMA, et al.,<br><br>    Defendants. | No. CR 18-172(A)-GW<br><br>**NOTICE OF RE-ASSIGNMENT OF CRIMINAL CASE** |
|---|---|

    Plaintiff, United States of America, hereby advises the Court and all parties of the following re-assignments for the following Assistant United States Attorneys ("AUSAs"):

|  | Name | Email Address |
|---|---|---|
| Previously Assigned AUSA to be Removed from Docket | SHAWN J. NELSON | shawn.nelson@usdoj.gov |
| Previously Assigned AUSA to be Removed from Docket | KEITH D. ELLISON | keith.ellison2@usdoj.gov |

| | | |
|---|---|---|
| Currently Assigned AUSA | KELLYE NG | Kellye.Ng@usdoj.gov |
| Currently Assigned AUSA | KYLE W. KAHAN | kyle.kahan@usdoj.gov |
| Currently Assigned AUSA | JASON A. GORN | jason.gorn@usdoj.gov |
| Currently Assigned AUSA | J. MARK CHILDS | mark.childs@usdoj.gov |
| Currently Assigned AUSA | JASON C. PANG | jason.pang@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the currently assigned AUSAs continue receiving all emails relating to filings in this case.

Dated: September 23, 2025           Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Chief, Criminal Division


          /s/
KELLYE NG
Assistant United States Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA

2