Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 DEC 24 AM 8:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Jose Martinez
USMS# 76585-112  DEFENDANT

CASE NUMBER: 2:18-cr-172-9

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/24/25 at 0800 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ____

7. Year of Birth: 1986

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ____

11. Name: T Dietz (please print)

12. Office Phone Number: 213-620-7676    13. Agency: USMS

14. Signature: [signature]    15. Date: 12/24/25

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION