1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  ALEXANDER T. SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   FRANCES S. LEWIS (Cal. Bar No. 291055)
4  Assistant United States Attorney
   Chief, General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:    (213) 894-4850
7       Facsimile:    (213) 894-0141
        Email:        Frances.Lewis@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

12/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  | UNITED STATES OF AMERICA, | No.  2:18-CR-172-GW-9 |
    |---|---|
13  | Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
14  | v. | |
15  | JOSE MARTINEZ, | |
16  | Defendant. | |

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐  1.    Temporary 10-day Detention Requested (§ 3142(d)) on the

22            following grounds:

23       ☐  a.    present offense committed while defendant was on release

24            pending (felony trial),

25       ☐  b.    defendant is an alien not lawfully admitted for

26            permanent residence; and

27

28

1  ☐  c.   defendant may flee; or

2  ☐  d.   pose a danger to another or the community.

3  ☐  2.   Pretrial Detention Requested (§ 3142(e)) because no

4       condition or combination of conditions will reasonably

5       assure:

6  ☐  a.   the appearance of the defendant as required;

7  ☐  b.   safety of any other person and the community;

8  ☐  c.   pretrial release conditions were violated.

9  ☒  3.   Detention Requested Pending Supervised Release/Probation

10      Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

11      § 3143(a)):

12  ☒  a.   defendant cannot establish by clear and convincing

13      evidence that he/she will not pose a danger to any

14      other person or to the community;

15  ☒  b.   defendant cannot establish by clear and convincing

16      evidence that he/she will not flee.

17  ☐  4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

18      § 3142(e)):

19  ☐  a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

20      (46 U.S.C. App. 1901 et seq.) offense with 10-year or

21      greater maximum penalty (presumption of danger to

22      community and flight risk);

23  ☐  b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

24      2332b(g)(5)(B) with 10-year or greater maximum penalty

25      (presumption of danger to community and flight risk);

26  ☐  c.   offense involving a minor victim under 18 U.S.C.

27      §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

28

2

1    2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
2    2260, 2421, 2422, 2423 or 2425 (presumption of danger
3    to community and flight risk);
4  ☐  d.  defendant currently charged with an offense described
5    in paragraph 5a - 5e below, AND defendant was
6    previously convicted of an offense described in
7    paragraph 5a - 5e below (whether Federal or
8    State/local), AND that previous offense was committed
9    while defendant was on release pending trial, AND the
10    current offense was committed within five years of
11    conviction or release from prison on the above-
12    described previous conviction (presumption of danger to
13    community).
14  ☒  5.  Government Is Entitled to Detention Hearing Under § 3142(f)
15    If the Case Involves:
16  ☐  a.  a crime of violence (as defined in 18 U.S.C.
17    § 3156(a)(4)) or Federal crime of terrorism (as defined
18    in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum
19    sentence is 10 years' imprisonment or more;
20  ☐  b.  an offense for which maximum sentence is life
21    imprisonment or death;
22  ☐  c.  Title 21 or MDLEA offense for which maximum sentence is
23    10 years' imprisonment or more;
24  ☐  d.  any felony if defendant has two or more convictions for
25    a crime set forth in a-c above or for an offense under
26    state or local law that would qualify under a, b, or c
27
28

3

1                if federal jurisdiction were present, or a combination

2                or such offenses;

3   ☐    e.    any felony not otherwise a crime of violence that

4                involves a minor victim or the possession or use of a

5                firearm or destructive device (as defined in 18 U.S.C.

6                § 921), or any other dangerous weapon, or involves a

7                failure to register under 18 U.S.C. § 2250;

8   ☒    f.    serious risk defendant will flee;

9   ☐    g.    serious risk defendant will (obstruct or attempt to

10                obstruct justice) or (threaten, injure, or intimidate

11                prospective witness or juror, or attempt to do so).

12  ☐   6.   Government requests continuance of _____ days for detention

13          hearing under § 3142(f) and based upon the following

14          reason(s):

15

16 _____

17 _____

18 _____

19 // _____

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1    ☐    7.    Good cause for continuance in excess of three days exists

2              in that:

3

4              _____

5              _____

6              _____

7              _____

8    Dated: December 24, 2025          Respectfully submitted,

9                                      BILAL A. ESSAYLI
                                       First Assistant United States
10                                     Attorney

11                                     ALEXANDER T. SCHWAB
                                       Assistant United States Attorney
12                                     Acting Chief, Criminal Division

13                                        /s/
14                                     _____
                                       FRANCES S. LEWIS
15                                     Assistant United States Attorney

                                       Attorneys for Plaintiff
16                                     UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28