# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| *Jose Martinez* | ) Case No. 18CR172-GW |
| Defendant | ) |

FILED
CLERK, U.S. DISTRICT COURT
DEC 24 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12-24-25

_____
Defendant's signature

_____
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)   Waiver of a Preliminary Hearing