## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Javier Gonzalez                                          Date: December 30, 2025
                Deputy Clerk

**SUBJECT:** <u>REQUEST FOR CALENDAR DATE</u>

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Jose Martinez | 2:18-CR-00172-GW-9 | 76585-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* OLIVER CLEARY |
|---|---|
| N/A | TELEPHONE NO.: 424-324-8874 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of January 12, 2026. The offender was taken into local custody and the issuance of Writ is not required.

Interpreter Needed? ☐ Yes  ☒ No          Language Type: _____

DANIEL PRECIADO, 626-646-1332                    SANDRA ACEVEDO, 213-894-5667
U. S. PROBATION OFFICER                          SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*    Orig. To Clerk's Office        *Copies to:*    U. S. Attorney (Chief, Criminal Division)
                                                                        Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable George H. Wu, Senior United States District Judge on January 15, 2026 at 8:00 a.m. in Courtroom No. 9D.

CLERK, U. S. DISTRICT COURT

Date  January 5, 2026                                 By  Javier Gonzalez
                                                              Deputy Clerk

*Routing on Notice by Clerk:*    Original -  Court File                                          ☑
                                 cc:  U. S. Probation & Pretrial Services Office                 ☑
                                      U. S. Attorney, Attn: Chief, Criminal Division             ☑
                                      *Defense Attorney*                                         ☑
                                      *Federal Public Defender, Attn: Chief Deputy*              ☐
                                      *U. S. Marshal (Warrant Cases only)*                       ☐
                                      *Interpreter Section, Clerk's Office (When needed)*        ☐

SUP 216
1/10/07